# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALAIN HENSLEY,<br><br>      Plaintiff,<br> v.<br><br>TD AMERITRADE INC. et al.,<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 3:23-cv-05159-DGE |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Financial Industry Regulatory Authority's motion to dismiss (Dkt. No. 13) is GRANTED. Plaintiff's claims against FIRA are dismissed with prejudice. GTS Equity Partners LLC, GTS Execution Services LLC, GTS Securities, LLC, and Global Trading Systems, LLC's motion to dismiss (Dkt. No. 14) is GRANTED. Plaintiff's claims against the GTS Defendants are dismissed without prejudice. TD Ameritrade, Inc., Charles Schwab & Co., Inc., and Schwab Holdings, Inc.'s motion to compel arbitration and to stay or dismiss this case (Dkt. No. 21) is GRANTED. Plaintiff's claims against TDA and the Schwab Entities are DISMISSED without prejudice. Plaintiff's claims against the Doe Defendants are dismissed without prejudice.

 Dated October 2, 2023.

                Ravi Subramanian
                Clerk of Court

                s/Ann Duke
                Deputy Clerk